C. H. Larson, Appellant, v. Walter K. Johnson, Administrator, and Axel Emil Johnson, Appellees.

Gen. No. 9,921.

Heard in this court at the October term, 1943; opinion filed January 26, 1944; rehearing denied March 22, 1944. Frank E. Maynard, for appellant; J. E. Goembel and Robert E. Nash, for appellees. Opinion by JUSTICE WOLFE. Not to be published in full.